UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-21021-CIV-MORENO

ADRIAN MUSSON, through his court-appointed guardian Maxwell Sargent; MAXWELL SARGENT; ROSALIE MUSSON; and JAMES MUSSON,

    Plaintiffs,

vs.

BRADSHAW CONSTRUCTION CORPORATION, a foreign corporation,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION FOR RULE 11 SANCTIONS

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge for a Report and Recommendation on Defendant's Motion for Rule 11 Sanctions (D.E. No. 31), filed on **August 12, 2013**. The Magistrate Judge filed a Report and Recommendation (D.E. No. 77) on **October 28, 2013**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation (**D.E. No. 77**) is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the Motion for Rule 11 Sanctions is DENIED. In so ruling, the Court notes that this order does not implicate any ruling on a motion for summary judgment. The Court

will evaluate the motion for summary judgment based on the applicable legal standard.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of December, 2013.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Alicia M. Otazo-Reyes

Counsel of Record

-2-